# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARESKY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HOME DEPOT | : | NO. 02- 3508 |

## ORDER

AND NOW, this 18th day of September, 2002, pursuant to an agreement of counsel, it is hereby ORDERED that all deadlines in the Pretrial Order dated August 2, 2002 are extended for ninety (90) days, and that at the conclusion of discovery, the matter shall be referred to arbitration.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Michael M. Baylson, U.S.D.J.

O:\Orders\Saresky v. Home Depot - extending discovery time.wpd