IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| Kenneth S. Saresky, et al | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : | No. 02-3508 |
| Home Depot U.S.A., Inc. | : |  |
|  | : |  |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for

ARBITRATION at 9:30 am on Wednesday, March 5, 2003.  **PLEASE NOTE THAT THIS**

**ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900**

**MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM**

**ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court


By:_____
Tashia C. Irving
Deputy Clerk
Phone:267-299-7071

Date:January 24, 2003

Copies:        Lenora Kashner, Courtroom Deputy to Judge Michael M. Baylson
               Docket Clerk - Case File

               Counsel:        Michael S. Levin, Esq.
                               Kenneth M. Dubrow, Esq.
                               Marc Myers, Esq.

ARB2.FRM