IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kenneth S. Saresky, et al | : CIVIL ACTION |
| v. | : |
| | : No. 02-3508 |
| Home Depot U.S.A., Inc. | : |
| | : |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on * Thursday, April 3, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

                                                                              Michael E. Kunz
                                                                               Clerk of Court

* Case continued from 3/5/03

By: _____
Tashia C. Irving
Deputy Clerk
Phone: 267-299-7071

Date: February 12, 2003

Copies:    Lenora Kashner, Courtroom Deputy to Judge Michael M. Baylson
               Docket Clerk - Case File

           Counsel:        Michael S. Levin, Esq.
                                Kenneth M. Dubrow, Esq.
                                Marc Myers, Esq.

ARB2.FRM