IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Kenneth S. Saresky, et al :  CIVIL ACTION
:
v. :
: No. 02-3508
:
Home Depot U.S.A., Inc., et al :
:

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on * Tuesday, May 6, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.** NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*Case continued from 4/3/03. Second continuance

By:_____
Tashia C. Irving
Deputy Clerk
Phone:267-299-7071

Date: March 3, 2003

Copies:   Lenora Kashner, Courtroom Deputy to Judge Michael M. Baylson
Docket Clerk - Case File

Counsel:   Michael S. Levin, Esq.
Kenneth M. Dubrow, Esq.
Marc Myers, Esq.

ARB2.FRM